WILLIAM MOORES, Respondent, *v.* JOHN TOWNSHEND, Impleaded, etc., Appellant.

(Argued January 15, 1890; decided January 28, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department made May 16, 1887, which reversed an order of Special Term, granting an extra allowance and modifying a judgment in favor of defendant in the above entitled action accordingly.

*John Townshend* appellant in person.

*L. A. Gould* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.